# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Spencer Neal, | : | |
|     Plaintiff, | : | Case No. 2:18-cv-01560 |
|     v. | : | Chief Judge Edmund A. Sargus |
| Campus Hotel LLC, | : | Magistrate Judge Chelsey M. Vascura |
|     Defendant. | : | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

NOW COME THE PARTIES, who hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a), to the dismissal of the Complaint filed herein with prejudice.  Each party to bear his or its own costs.

Dated:  January 20, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Angela M. Courtwright* | */s/ Colin Meeker* |
| Paul L. Bittner   (0061674) | Colin G. Meeker (0092980) |
| Angela M. Courtwright (0077785) | BLACKMORE, MEEKER & BOWLER CO., LPA |
| Daniel M. Anderson (0067041) | 495 Portage Lakes Dr. |
| ICE MILLER LLP | Akron, Ohio 44319 |
| 250 West Street | Telephone: (330) 253-3337 |
| Columbus, OH  43215 | Facsimile:  (330) 253-4131 |
| Telephone: (614) 462-2700 | cgm@bmblaw.com |
| Facsimile:  (614) 462-5135 | *Counsel for Plaintiff Spencer Neal* |
| Paul.Bittner@icemiller.com | |
| Angela.Courtwright@icemiller.com | |
| Daniel.Anderson@icemiller.com | |
| *Counsel for Defendant Campus Hotel LLC* | |